UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

                                                  No. 4:23-MC-0016-P-O

GINGER L. EDWARDS.

## ORDER

Unless appearing for a hearing Ordered by the Court, the above referenced litigant is **only** allowed access to the 3rd floor Clerk's Office of the Eldon B. Mahon Courthouse. The litigant must have a Court Security Officer, or any other law enforcement officer, escort her to the 3rd floor Clerk's Office for conducting any business or filings. Ms. Edwards should then directly be escorted out of the building.

**SO ORDERED** on this **6th day** of September **2023.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE